# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaspal S. Deol, | No. 2:23-cv-02463-KJM |
| Appellant. | ORDER |
| v. | |
| Office of the U.S. Trustee (Sac), | |
| Defendant. | |

Appellant Jaspal S. Deol, proceeding pro se, moves the court for an extension of time to file appellant's "Statement of Issues, Designation of Record, Designation of Transcript, and other actions as necessary for a period of 30 days." Mot., ECF No. 3. Appellant is proceeding pro se and needs additional time to "learn the requirements and comply accordingly." *Id.* Good cause appearing, the request is **granted.** Appellant shall have an additional 30 days after the filing date of this order to file the necessary documents.

This order resolves ECF No. 3.

IT IS SO ORDERED.

DATED: November 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1